Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5755 Oberlin Drive, Suite 200
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
Robert O'Neil

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O'NEIL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RAZOR USA LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.  2:18-cv-10757<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Robert O'Neil ("O'Neil" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Razor USA LLC ("Razor" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act.

2. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph (the "Photograph") of Joe Jonas on a

1  Razor scooter.  The Photograph and the copyright in the Photograph are owned and
2  registered by O'Neil, a New York-based professional photographer.
3       3.     By this action, Plaintiff seeks monetary relief under the Copyright Act of
4  the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

6       4.     This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and
7  this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§
8  1331 and 1338(a).
9       5.     This Court has personal jurisdiction over Defendant because Defendant
10 resides in and/or transacts business in California.
11      6.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## THE PARTIES

13      7.     O'Neil is a professional photojournalist having a usual place of business
14 at 10-01 162 Street, Apartment 7B, Whitestone, NY 11357.
15      8.     Upon information and belief, Razor is a limited liability company
16 organized and existing under the laws of the State of Delaware with a place of
17 business at 12723 166th Street, Cerritos, CA 90703.
18      9.     Upon information and belief, at all times material hereto, Defendant has
19 owned, controlled, and operated, an Instagram social media webpage at the website
20 located at the following URL: https://www.instagram.com/razorworldwide/?hl=en
21 (the "Website").
22      10.    Razor is a for-profit entity.

## STATEMENT OF FACTS

24      A.     Background and Plaintiff's Ownership of the Photographs
25      11.    O'Neil is a professional photojournalist who photographed Joe Jonas
26 ("the Photograph").  A true and correct copy of the Photograph is attached hereto as
27 Exhibit A.
28

12. O'Neil is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

13. The Photograph was registered with the U.S. Copyright Office and was given Copyright Registration Number VA 2-121-470 and titled "8.15.18. Joe Jonas081518_04. O'Neil.jpg," effective as of September 26, 2018 (the "Certificate"). A true and correct copy of the Certificate is attached hereto as Exhibit B.

B. <u>Defendant's Infringing Activities</u>

14. Razor posted the Photograph on their Instagram social media website. See URL: https://www.instagram.com/razorworldwide/?hl=en.

15. Screenshots of the Photograph as it appears on the Website are attached hereto as Exhibit C.

16. Defendant did not license the Photograph from Plaintiff for the Website or any other use.

17. Defendant did not have Plaintiff's permission or consent to publish the Photograph on the Website.

## **FIRST CLAIM FOR RELIEF**
## **(COPYRIGHT INFRINGEMENT)**

(17 U.S.C. §§ 106, 501)

18. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-17 above.

19. Defendant infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on its Website. Defendant is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

THE AFFINITY LAW GROUP®
5755 Oberlin Drive, Suite 200
San Diego, CA 92121
(858) 412-4296

20. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

21. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

22. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

23. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

24. Plaintiff is further entitled to his attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

25. Defendant's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages.  Plaintiff has no adequate remedy at law.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant be adjudged to have infringed upon Plaintiff's copyright in the Photograph in violation of 17 U.S.C §§ 106 and 501;
2. That Defendant be ordered to remove the Photograph from its Website;
3. That Defendant be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.
4. That Plaintiff be awarded either: (a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to

Defendant's infringement of Plaintiff's Photographs; or (b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

5. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

6. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

7. That Plaintiff be awarded pre-judgment interest; and

8. Such other and further relief as the Court may deem just and proper.

DATED: December 28, 2018            THE AFFINITY LAW GROUP

                                    By:  /s/ Gregory P. Goonan
                                         Gregory P. Goonan
                                         Attorneys for Plaintiff
                                         Robert O'Neil

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

5

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

DATED: December 28, 2018          THE AFFINITY LAW GROUP

By:  /s/ Gregory P. Goonan
     Gregory P. Goonan
     Attorneys for Plaintiff
     Robert O'Neil

THE AFFINITY LAW GROUP®
5755 Oberlin Drive, Suite 200
San Diego, CA  92121
(858) 412-4296

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

6